782 A.2d 414

IN THE MATTER OF ROBERT J. HANDFUSS, AN ATTORNEY AT LAW.

October 5, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–268, concluding that **ROBERT J. HAND-FUSS** of **MATAWAN,** who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed), *RPC* 1.15(b) (failure to promptly deliver property to client), *RPC* 1.16(d) (failure to provide client with complete copy of file and accounting of escrow), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (misrepresentation);

And the Disciplinary Review Board having further concluded that the Office of Attorney Ethics should conduct an audit of respondent's attorney books and records;

And good cause appearing;

It is ORDERED that **ROBERT J. HANDFUSS** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective November 2, 2001; and it is further

ORDERED that the Office of Attorney Ethics conduct an audit of respondent's attorney books and records, on a scheduled to be determined by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.